In the Matter of OLGA BOLTON, as Executrix of JOHN BOLTON, Deceased, Appellant

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent.

Submitted March 4, 1946; decided March 7, 1946.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements.   [See 295 N. Y. 734.]

AURORA KOBLACK, Appellant, *v.* HENRY D. CROTEAU, Respondent.

Submitted April 8, 1946; decided April 10, 1946.

*Thomas P. O'Malley* for motion.

*Edward T. Kruglak* opposed.

Motion denied.